```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YI LIU,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizen and Immigration Services; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation; GERALD HEINAUER, Director of the Nebraska Service Center of U.S. Citizen and Immigration Services; ALBERTO GONZALES, Attorney General of the United States,<br><br>            Defendants. | No. C 07-4606 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

    The Defendants hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby request the reassignment of this case to a United States District Judge.

Date: November 6, 2007                    Respectfully submitted,

                                                SCOTT N. SCHOOLS<br>
                                                United States Attorney

                                                _____/s/_____<br>
                                                ILA C. DEISS<br>
                                                Assistant United States Attorney<br>
                                                Attorneys for Defendants