# CERTIFICATE OF SERVICE

### Yi Liu v. Michael Chertoff; et al.
### C 07-4606 EMC

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE**

to be served this date upon the party(ies) as follows:

✓  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___  **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

___  **FACSIMILE (FAX)** Telephone No.: _____  I caused each such document to be sent by facsimile to the person or offices of each addressee below.

___  **FEDERAL EXPRESS**

___  **CERTIFIED MAIL**

___  **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Yi Liu, Pro Se
5381 Diana Common
Fremont, CA 94555

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 6, 2007 at San Francisco, California.

/s/
CAROL E. WEXELBAUM
Legal Assistant