UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YI LIU,

        Plaintiff,

   v.

MICHAEL CHERTOFF, et al.,

        Defendants.

Case No. 07-4606 EMC

**NOTICE OF IMPENDING REASSIGNMENT TO**
**A UNITED STATES DISTRICT COURT JUDGE**

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    ( x )   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

    ( )   One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

**United States District Court**

For the Northern District of California

1  Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3  date.

4

5  Dated: November 7, 2007                    Richard W. Wieking, Clerk
                                              United States District Court

6

7

8  _____

9                                             By: Betty Fong, Deputy Clerk

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2