
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YI LIU, <br><br>        Plaintiff, <br><br>        v. <br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; <br>EMILIO T. GONZALEZ, Director of U.S. Citizen and Immigration Services; <br>ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation; <br>GERALD HEINAUER, Director of the Nebraska Service Center of U.S. Citizen and Immigration Services; <br>ALBERTO GONZALES, Attorney General of the United States, <br>        Defendants. | No. C 07-4606 PJH <br><br> ANSWER |

    Defendants hereby submit their answer to Plaintiff's Complaint for Writ in the Nature of Mandamus.

**INTRODUCTION**

    1. Defendants admit the first sentence in Paragraph One; however, Defendants deny that they have improperly withheld action on Plaintiff's application to his detriment.

    2. Defendants admit the allegations in Paragraph Two.

    3. Defendants admit the allegations in Paragraph Three.

ANSWER
C07-4606 PJH                                                  1

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the allegations in Paragraph Five.

6. Defendants admit the allegations in Paragraph Six.

7. Defendants deny the allegations in Paragraph Seven. Peter Keisler is the acting Attorney General of the United States.

## JURISDICTION

8. Paragraph Eight consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

9. Defendants admit the allegations in Paragraph Nine.

## VENUE

10. Defendants admit the allegations in Paragraph Ten.

## INTRADISTRICT ASSIGNMENT

11. Defendants admit the allegations in Paragraph Eleven.

## EXHAUSTION OF REMEDIES

12. Defendants deny the allegations in Paragraph Twelve.

## CAUSE OF ACTION

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants admit the allegations in Paragraph Fourteen.

15. Defendants admit the allegations in Paragraph Fifteen.

16. Defendants admit the allegations in Paragraph Sixteen, although USCIS records indicate that fingerprints were taken on March 24, 2005 and September 29, 2006.

17. Defendants admit that employment authorization and travel documents are valid for one year increments; however, Defendants deny the remaining allegations in Paragraph Seventeen.

18. Defendants admit the first sentence in Paragraph Eighteen; however, Defendants deny the remaining allegations in this Paragraph.

19. Defendants are without sufficient information to admit or deny the allegations in Paragraph Nineteen.

ANSWER
C07-4606 PJH                                    2

1  20.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty.

2  21.  Defendants admit the allegations in Paragraph Twenty-One, although USCIS records indicate the files were transferred on March 2, 2007.

3  22.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Two.

4  23.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Three.

5  24.  Defendants admit the allegations in Paragraph Twenty-Four.

6  25.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Five.

7  26.  Defendants admit the allegations in Paragraph Twenty-Six; however, any information available to the public regarding processing times reflects routine cases only, not those cases with a pending FBI name check.

### INJURY TO PLAINTIFF

27.  Defendants deny the allegations in Paragraph Twenty-Seven.

28.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Eight.

29.  Defendants admit that employment authorization and travel documents are valid for one year increments; however, Defendants deny the remaining allegations in Paragraph Twenty-Nine.

30.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Thirty.

31.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Thirty-One.

### PRAYER FOR RELIEF

32. Paragraph Thirty-Two consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

ANSWER
C07-4606 PJH                                    3

**FIRST AFFIRMATIVE DEFENSE**

The court lacks jurisdiction over the subject matter of this action.

**SECOND AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the Complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants are processing the applications referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

**SIXTH AFFIRMATIVE DEFENSE**

Defendants' delay is not unreasonable as a matter of law.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: November 8, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

ANSWER
C07-4606 PJH                                    4