1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 | Attorneys for Defendants

8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | YI LIU,                                                      )
                                                                 ) No. C 07-4606 PJH
13 |           Plaintiff,                                        )
                                                                 )
14 |      v.                                                     ) **NOTICE OF NEED FOR ADR**
                                                                 ) **PHONE CONFERENCE [ADR L.R. 3-5]**
15 | MICHAEL CHERTOFF, Secretary of the                          )
Department of Homeland Security;                                 )
16 | EMILIO T. GONZALEZ, Director of U.S.                        )
Citizen and Immigration Services;                                )
17 | ROBERT S. MUELLER, III, Director of                         )
Federal Bureau of Investigation;                                 )
18 | GERALD HEINAUER, Director of the                            )
Nebraska Service Center of U.S. Citizen and                      )
19 | Immigration Services;                                       )
ALBERTO GONZALES, Attorney General                               )
20 | of the United States,                                       )
                 Defendants.                                     )
21 |_____)

22 |     The parties have not reached an agreement to an ADR process.

23 |     Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program

24 | Counsel before the case management conference.

25 |     Last day to file Joint Case Management Statement:     December 5, 2007

26 |     Date of Initial Case Management Conference:           December 12, 2007

27 |     The following counsel will participate in the ADR phone conference:

28 |

Notice of Need for ADR Phone Conference
C 07-4606 PJH                                    1

| | Name | Party Representing | Phone No. | Fax No. |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Ila C. Deiss | Defendants | (415) 436-7124 | (415) 436-7169 |
| 3 | Yi Liu | Pro se | (510) 648-4281 | (510) 486-7413 |

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Petitioner's counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*

_____

**For court use only:**

**ADR Phone Conference Date:** _____ **Time:** _____ **AM/PM**

**For scheduling concerns, call 415-522-2199.**

**Date:** _____  _____
**ADR Case Administrator**

Notice of Need for ADR Phone Conference
C 07-4606 PJH                                    2