SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YI LIU, | ) No. C 07-4606 PJH |
| Plaintiff, | ) |
| v. | ) **JOINT CASE MANAGEMENT** |
| | ) **STATEMENT** and [**Proposed**] **ORDER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizen and Immigration Services; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation; GERALD HEINAUER, Director of the Nebraska Service Center of U.S. Citizen and Immigration Services; ALBERTO GONZALES, Attorney General of the United States, | ) |
| Defendants. | ) |

1. Jurisdiction and Service:

The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. § 1331, 28 U.S.C. § 2201, 5 U.S.C. § 701 and 28 U.S.C. § 1361. The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

2. Facts:

Plaintiff filed a Form I-485 application to adjust his status to lawful permanent resident along

Joint Case Management Statement
C07-4606 PJH                                    1

1 | with his wife as a derivative beneficiary with the United States Citizenship and Immigration
2 | Services (USCIS) on or about on January 10, 2005.  The USCIS has not yet adjudicated the Form
3 | I-485 applications.  The Plaintiff filed an action on September 6, 2007, seeking an order from this
4 | Court directing USCIS to adjudicate the Form I-485 applications.

3.  Legal Issues:

Whether this Court should dismiss the Plaintiff's action for lack of subject matter jurisdiction. If this Court has jurisdiction, whether the USCIS is processing the Plaintiff's I-485 applications within a reasonable period of time.

4.  Motions:

The parties intend to file cross-motions for summary judgment.

5.  Amendment of Pleadings:

No parties, claims or defenses are expected to be added or dismissed.

6.  Evidence Preservation:

The parties do not have any evidence that falls within this category.

7.  Disclosures:

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

8.  Discovery:

The parties do not intend to take any discovery at this time.

9.  Class Actions:

N/A

10.  Related Cases:

The parties are not aware of any related case or cases.

11.  Relief:

The Plaintiff ask this Court to direct USCIS to adjudicate the Form I-485 applications.

12.  Settlement and ADR:

The parties' filed a Notice of Need for ADR Phone Conference on November 20, 2007, and are scheduled for a telephonic conference on December 13, 2007, at 2:30 p.m..

Joint Case Management Statement
C07-4606 PJH                                                   2

13. Consent to Magistrate Judge for All Purposes:

Defendants did not consent to a magistrate judge.

14. Other References:

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. Narrowing of Issues:

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g. through summaries or stipulated facts), and any request to bifurcate issues, claims or defenses.

16. Expedited Schedule:

The parties believe this case can be resolved on cross-motions for summary judgment.

17. Scheduling:

The parties propose the following schedule on the parties' cross-motions for summary judgment:

| | |
|---|---|
| Cross-Motions for Summary Judgment: | December 26, 2007 |
| Cross-Oppositions: | January 9, 2008 |
| Hearing: | January 30, 2008 at 9:00 a.m. |

18. Trial:

The parties do not anticipate the need for a trial in this case.

19. Disclosure of Non-party Interested Entities or Persons:

The parties' intend to file the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

None.

///

///

| | |
|---|---|
| Date: December 6, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: December 6, 2007 | /s/<br>YI LIU<br>*Pro se* |

**CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Date: _____

PHYLLIS J. HAMILTON
United States District Judge

Joint Case Management Statement
C07-4606 PJH                    4