UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** December 13, 2007          **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-4606 PJH
**Case Name:** Yi Liu v. Michael Chertoff, et al.

**Attorney(s) for Plaintiff:**     Yi Liu (pro per)
**Attorney(s) for Defendant:**     Ila Deiss

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Not Reported

**PROCEEDINGS**

   Initial Case Management Conference-Held.  The parties shall file cross motions for summary judgment by 12/26/07 and notice the hearing for 2/20/08.  The motion may be decided on the papers.  The court will inform the parties if no hearing will take place.

**Order to be prepared by:**   [] Pl [] Def []  Court

**Notes:**

**cc:** file