```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  ILA C. DEISS, NY SBN 3052909
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7124
6      FAX: (415) 436-7169

7  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YI LIU, | No. C 07-4606 PJH |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; and [PROPOSED] ORDER |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; ROBERT MUELLER, III, Director of the Federal Bureau of Investigation; GERALD HEINAUER, Director of the Nebraska Service Center of U.S. Citizen and Immigration Services; MICHAEL MUKASEY, Attorney General of the United States, | |
| Defendants. | |

The Plaintiff Yi Liu, appearing *pro se,* and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the hearing on the parties' cross-motions for summary judgment, currently scheduled for February 20, 2008, in light of the following:

1. The Plaintiff filed an action on September 6, 2007, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate his I-485 application for adjustment of status to legal permanent resident.

STIPULATION TO EXTEND HEARING DATE
C 07-4606 PJH

2. On February 4, 2008, USCIS revised its policy regarding delayed I-485 applications. The attached memo states that where the application is otherwise approvable and the Federal Bureau of Investigation (FBI) name check request has been pending more than 180 days, the application shall be approved.

3. Plaintiff's application qualifies for approval pursuant to the memo.

4. In order to allow sufficient time for USCIS to review and process Plaintiff's application, and to resolve this matter without further litigation, the parties hereby respectfully ask this Court to reset the currently scheduled hearing on the parties' cross-motions for summary judgment to March 19, 2008.

Dated: February 13, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: February 13, 2008

_____/s/_____
YI LIU
Plaintiff, Appearing *Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____

PHYLLIS J. HAMILTON
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO EXTEND HEARING DATE
C 07-4606 PJH              2