# CERTIFICATE OF SERVICE

<u>Yi Liu v. Michael Chertoff; et al.</u>
C 07-4606 PJH

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**STIPULATION TO EXTEND HEARING DATE ON
CROSS-MOTIONS FOR SUMMARY JUDGMENT;
AND [PROPOSED] ORDER**

to be served this date upon the party(ies) as follows:

✓ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

____ **FACSIMILE (FAX)** Telephone No.:_____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

____ **FEDERAL EXPRESS**

____ **CERTIFIED MAIL**

____ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Yi Liu, Pro Se
5381 Diana Common
Fremont, CA 94555

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 14, 2008 at San Francisco, California.

/s/
_____
CAROL E. WEXELBAUM
Legal Assistant