JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YI LIU, | ) |
|             Plaintiff, | ) No. C 07-4606 PJH |
| v. | ) **STIPULATION TO DISMISS; AND** |
| | ) **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the | ) |
| Department of Homeland Security; | ) |
| EMILIO T. GONZALEZ, Director of U.S. | ) |
| Citizen and Immigration Services; | ) |
| ROBERT S. MUELLER, III, Director of | ) |
| Federal Bureau of Investigation; | ) |
| GERALD HEINAUER, Director of the | ) |
| Nebraska Service Center of U.S. Citizen and | ) |
| Immigration Services; | ) |
| ALBERTO GONZALES, Attorney General | ) |
| of the United States, | ) |
|             Defendants. | ) |

    Plaintiff, appearing *pro se*, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the United States Citizenship and Immigration Services has approved Plaintiff's adjustment of status application (Form I-485).

    The parties also request that the Court vacate the hearing on the parties' cross-motions for summary judgment scheduled for March 19, 2008.

///

Stipulation to Dismiss
C07-4606 PJH                                           1

1 | Each of the parties shall bear their own costs and fees

                                              Respectfully submitted,

Dated: March 10, 2008                                    /s/
                                              _____
                                              ILA C. DEISS
                                              Assistant United States Attorney
                                              Attorney for Defendants


Dated: March 10, 2008                                    /s/
                                              _____
                                              YI LIU
                                              *Pro se*


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: _____
                                              _____
                                              PHYLLIS J. HAMILTON
                                              United States District Judge

Stipulation to Dismiss
C07-4606 PJH                                  2