```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YI LIU, | ) |
| | ) No. C 07-4606 PJH |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO DISMISS; AND** |
| | ) **[~~PROPOSED~~] ORDER** |
| MICHAEL CHERTOFF, Secretary of the | ) |
| Department of Homeland Security; | ) |
| EMILIO T. GONZALEZ, Director of U.S. | ) |
| Citizen and Immigration Services; | ) |
| ROBERT S. MUELLER, III, Director of | ) |
| Federal Bureau of Investigation; | ) |
| GERALD HEINAUER, Director of the | ) |
| Nebraska Service Center of U.S. Citizen and | ) |
| Immigration Services; | ) |
| ALBERTO GONZALES, Attorney General | ) |
| of the United States, | ) |
| Defendants. | ) |
| | ) |

Plaintiff, appearing *pro se*, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the United States Citizenship and Immigration Services has approved Plaintiff's adjustment of status application (Form I-485).

The parties also request that the Court vacate the hearing on the parties' cross-motions for summary judgment scheduled for March 19, 2008.

///

Stipulation to Dismiss
C07-4606 PJH                                    1

1  Each of the parties shall bear their own costs and fees

2                                                Respectfully submitted,

4  Dated: March 10, 2008                       /s/
                                      ILA C. DEISS
5                                        Assistant United States Attorney
                                      Attorney for Defendants

7  Dated: March 10, 2008                       /s/
8                                        YI LIU
                                      *Pro se*

10                                       **ORDER**

11 Pursuant to stipulation, IT IS SO ORDERED.

13
14 Date: 3/11/08



Stipulation to Dismiss
C07-4606 PJH                                     2